UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Matthew Starnes, | Civil No. 10-4466 (MJD/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Anoka County Jail, | |
| Defendant. | |

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.


Dated: June 6, 2011         s/Michael J. Davis
                            MICHAEL J. DAVIS
                            Chief Judge
                            United States District Court